DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
23 JANUARY 2014

| 392P13 | State v. Robert T. Walston, Sr. | 1. State's Motion for Temporary Stay (COA12-1377) | 1. Allowed **09/09/2013** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| 398P13 | State v. Darrell Wayne Summey | 1. Def's NOA Based Upon a Constitutional Question (COA12-1405) | 1. --- |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 401A13 | Riggings Homeowners, Inc. v. Coastal Resources Commission of the State of North Carolina | 1. Respondent's NOA Based Upon a Dissent (COA12-1299) | 1. --- |
| | | 2. Respondent's Motion for Temporary Stay | 2. Allowed **09/11/2013** |
| | | 3. Respondent's Petition for *Writ of Supersedeas* | 3. Allowed **09/11/2013** |
| | | 4. Respondent's PDR as to Additional Issues | 4. Allowed |
| | | 5. Petitioner's Motion to Dismiss Appeal | 5. |
| | | 6. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 | 6. Allowed |
| 408P13 | Anne Kimmel Watkins v. Raymond D. Watkins | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1135) | Denied |
| 422P13 | State v. Bradley Graham Cooper | 1. State's Motion for Temporary Stay (COA12-926) | 1. Allowed **09/20/2013** Dissolved **01/23/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. --- |
| | | 4. State's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |